UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

United States of America,

    Plaintiff,

v.

MICHAEL SHANNON COWART,

    Defendant.
_____/

HON. TIMOTHY P. GREELEY

Case No. 2:12-mj-10

## **ORDER OF DETENTION**

In accordance with the hearing conducted before the undersigned on October 23, 2012, IT IS HEREBY ORDERED that defendant shall be detained pending the completion of a medical and mental health assessment. A copy of the assessment shall be provided to the court and counsel upon completion

    IT IS SO ORDERED.

Date: October 24, 2012

    /s/ Timothy P. Greeley
    TIMOTHY P. GREELEY
    United States Magistrate Judge